JAMES M. SMITH, Respondent, v. EDWARD E. HAZARD
AND OTHERS, Appellants.

*Evidence— Code,* § 399.

Appeal from a judgment in favor of the plaintiff, entered at Special Term.

This action was brought to foreclose a mortgage made by the defendant Edward E. Hazard and his wife, to Morris Hazard, dated January 27, 1869, to secure the payment of $20,000, with interest. Morris Hazard died in 1870, having made his will devising all his estate, including said mortgage, to Maria B. Hazard, whom he appointed sole executrix thereof. Subsequently Maria B. Hazard assigned the mortgage to the plaintiff as collateral security for the payment of $69,500. Maria B. Hazard afterward died, leaving a will, and Robert R. Hefford and Robert P. Wilson were appointed executors thereof. This action was brought by Hefford and Wilson, as such executors, and said James M. Smith as plaintiffs. Edward E. Hazard and Margaret D. Hazard answered separately, but their interests were identical.

The principal point raised by the exceptions, was as to the exclusion of the testimony offered by Edward E. Hazard, of transactions between him and Morris Hazard, deceased, tending to contradict the mortgage.

The testimony offered was rejected, under section 399 of the Code.

The General Term was of opinion that the evidence was properly excluded. (*Mattoon* v. *Young,* 45 N. Y., 697.)

*Sprague & Gorham,* for the appellants.

*Spencer & Clinton,* for the respondent.

Opinion by Gilbert, J.

Judgment affirmed, with costs.